IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Margaret Napier,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>John E. Potter, et al.,<br><br>　　　　Defendants. | No. CV 05-577-PHX-ECV<br><br>**ORDER** |

　　　Plaintiff filed a Motion for leave to Amend Complaint (Doc. #18) on November 22, 2005. As of this date, Defendants have not filed a response. The court finds that a response would assist in deciding the motion.

**IT IS THEREFORE ORDERED:**

　　　That Defendants shall file a response to Plaintiff's Motion for leave to Amend Complaint on or before Monday, **January 9, 2006**; if Plaintiff submits a reply, it must be filed on or before Monday, **January 23, 2006**.

　　　DATED this 21st day of December, 2005.

_Edward C. Voss_
Edward C. Voss
United States Magistrate Judge